AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. Section 912

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: maximum 3 years imprisonment
$250,000 fine
3 years supervised release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ Michael K. Winner a/k/a Jim Lonsdale

DISTRICT COURT NUMBER

CR 08 0209 SI

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Thomas E. Stevens
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Peter Loewenberg, DOJ atty.

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (163973)<br>Chief, Criminal Division<br>U. S. Attorney's Office |
| 4 | |
| 5 | THOMAS E. STEVENS (168362)<br>Assistant United States Attorney |
| 6 | PETER B. LOEWENBERG (FL 170488)<br>Trial Attorney, Criminal Division |
| 7 | U.S. Department of Justice |
| 8 | Bond Bldg, Room 4418<br>1400 New York Avenue, NW |
| 9 | Washington, DC 20005<br>Telephone: (202) 514-0840 |
| 10 | Facsimile: (202) 514-7021<br>E-Mail: peter.loewenberg@usdoj.gov |
| 11 | |
| 12 | Attorneys for Plaintiff |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08 0209 |
| Plaintiff, | ) | |
| v. | ) | BILL OF INFORMATION   SI |
| MICHAEL K. WINNER, | ) | Vio.: 18 U.S.C. § 912 |
| A/K/A Jim Lonsdale, | ) | |
| Defendant. | ) | |

**THE UNITED STATES CHARGES:**

**COUNT ONE (Impersonation of an Official of the United States)**

At all times material to this information:

On or about July 12, 2006, in San Francisco, within the Northern District of California, and elsewhere, the defendant,

BILL OF INFORMATION
CR _____

**MICHAEL K. WINNER**

did falsely assume and pretend to be an officer and employee, acting under the authority of the United States, that is, in an email to another person, he falsely represented that he was an official of the National Science Foundation, an agency of the United States, with the title of "Director Pacific Region, Independent Research, National Science Foundation Behavioral Research," and acting as such, set out phony research activities to be performed with the other person's participation.

All in violation of Title 18, United States Code, Section 912.

Dated: 3/21/08

PETER B. LOEWENBERG
Trial Attorney
U.S. Department of Justice

Dated: 3/31/08

THOMAS E. STEVENS
Assistant United States Attorney

Dated: 3-31-08

BRIAN STRETCH
Chief, Criminal Division

JOSEPH P. RUSSONIELLO
United States Attorney

BILL OF INFORMATION
CR _____                                        2