

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Thomas E. Stevens*  *11th Floor, Federal Building*  *Telephone: (415) 436-6559*
*Assistant United States Attorney*  *450 Golden Gate Avenue, Box 36055*  *Facsimile: (415) 436-7234*
  *San Francisco, California 94102-3495*

April 9, 2008

**VIA ELECTRONIC FILING & HAND DELIVERY**
Hon. James Larson, Chief Magistrate Judge
United States District Court
450 Golden Gate Avenue, Courtroom F, 15th Floor
San Francisco, California 94102
Attention: Wings Hom, Calendar Clerk

      Re: *United States v. Winner*, Case No. CR-08-0209-SI

Dear Mr. Hom:

      Further to our telephone conversation last week, I write to confirm the request of the government and defendant to appear before Judge Larson for arraignment on Friday, April 18 at 9:30 a.m. The parties further request that, subsequent to arraignment, the Court refer the matter to Judge Illston the same morning for change of plea. I have contacted Tracy Sutton in Judge Illston's courtroom and obtained advance permission for the parties to appear for the change of plea hearing during the 11:00 a.m. criminal calendar that same day.

      Please contact me if you would like additional information or if you have any questions.

      Respectfully,

      JOSEPH P. RUSSONIELLO
      United States Attorney

      Thomas E. Stevens
      Assistant United States Attorney

cc:    Tracey Sutton, calendar clerk to Judge Illston (via hand-delivery; plea agreement enclosed)
      Peter Loewenberg, DOJ Trial Attorney (via e-mail)
      Barry Boss, Douglas Rappaport, defense counsel (via e-mail and facsimile)