ORIGINAL

L. Barrett Boss
COZEN O'CONNOR
The Army and Navy Club Building
1627 I Street, NW
Suite 1100
Washington, DC, 20006-4007
Telephone: 202.912.4800
Toll Free Phone: 800.540.1355
Facsimile: 202.912.4830

Attorneys for Michael K. Winner

FILED

APR 10 PM 2: 15

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Michael K. Winner,<br><br>  Defendant. | Case No.: 08-0209 SI<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, L. Barrett Boss, an active member in good standing of the bars of Maryland and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Michael K. Winner in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Steven L. Rodriguez
> California Bar # 199313
> 425 California Street
> Suite 2400
> San Francisco, CA 94104
> (415) 617-6100

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 9, 2008        COZEN O'CONNOR

By: /s/ Mary
L. BARRETT BOSS
Attorneys for Michael K. Winner

2

Application for Admission *Pro Hac Vice*