L. Barrett Boss
COZEN O'CONNOR
The Army and Navy Club Building
Suite 1000
Washington, D.C. 20006-4007
Telephone: 202.912.4800
Toll Free Phone: 800.540.1355
Facsimile: 202.912.4830
Email: bboss@cozen.com

Attorneys for Michael K. Winner

ORIGINAL

FILED
08 APR 10 PM 2:16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 08-0209 SI |
|---|---|
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| MICHAEL K. WINNER, | ) |
| Defendant. | ) |

//
//
//
//
//
//
//
//
//
//
//
//

1

**CERTIFICATE OF SERVICE**

1   I, the undersigned, declare: I am a resident of the State of California, over the age of
2   eighteen years, and not a party to the within action. I am employed in the City and County of San
3   Francisco, California, in which county the within mentioned service occurred. My business address
4   is Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California 94104-2215;
5   Telephone: (415) 617-6100; Facsimile: (415) 617-6101.
6   On the date set forth below, I placed the foregoing:
7   **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**
8   **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
9
10  in envelope(s) addressed as follows:
11  **See attached Service List.**
12  X   **(By First Class Mail)** I sealed each envelope and caused each, with first-class postage thereon fully prepaid, to be placed for deposit in the United States mail at San Francisco, California addressed to the offices of each addressee as indicated below or on the attached
13  Service List.
14  **(By U.S. Postal Express Mail)** I sealed each envelope and caused each, with Express Mail postage thereon fully prepaid, to be placed in the U.S. Post Office Express Mail depository
15  at San Francisco, California for next day delivery addressed to the offices of each addressee as indicated below or on the attached Service List.
16
17  **(By Federal Express/UPS)** I sealed each envelope and caused each, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box or courier at San Francisco, California for next business day delivery addressed to the offices of each
18  addressee as indicated below or on the attached Service List.
19  **(By Personal Service)** I sealed each envelope and caused each, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to
20  the offices of each addressee as indicated below or on the attached Service List.
21
22  I am readily familiar with the firm's practice of collection and processing of correspondence
23  for mailing. Under that practice it would be deposited with the United States Postal Service on that
24  same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
25  motion of the party served, service is presumed invalid if postal cancellation date or postage meter
26  date is more than one day after date of deposit for mailing in affidavit.
27  I declare that I am employed in the office of a member of the Bar of this Court at whose
28  direction the service was made. I declare under penalty of perjury under the laws of the United

2

**CERTIFICATE OF SERVICE**

1  //

2  States of America and of the State of California that the foregoing is true and correct.

3      Executed April 10, 2008 at San Francisco, California.

4                                                   By: _____

5                                                        Joan Johnson

## SERVICE LIST

| Counsel | Representing |
|---|---|
| Thomas Stevens, Esq.<br>US Department of Justice<br>450 Golden Gate Ave<br>PO box 36055<br>San Francisco, CA 94102 | Attorneys for Plaintiff |
| Peter Loewenberg<br>US Department of Justice<br>Fraud Section/Criminal Division Bond Bldg.,<br>Room 44181400 New York Avenue<br>Washington, DC 20005<br>United States of America | Attorneys for Plaintiff |

SAN_FRANCISCO\46394\1  217159.000

3

**CERTIFICATE OF SERVICE**