FILED
APR 15 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 08-0209 SI |
| Plaintiff, | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| Michael K. Winner, | |
| Defendant. | |

L. Barrett Boss, an active member in good standing of the bars of Maryland and the District of Columbia, whose business address and telephone number is Cozen O'Connor, 1627 I Street, N.W., Suite 1100, Washington, D.C. 20006, (202) 912-4800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Michael K. Winner.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 4/14/08

By: _____

United States District Judge

(Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice*