AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
2008 APR 18 PM 12: 43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

——————— DISTRICT OF ———————

UNITED STATES OF AMERICA

v.

Michael Winner

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-0209 SI

I, __Michael Winner__, the above named defendant, who is accused of

18 USC § 912

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/18/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer