L. Barrett Boss
COZEN O'CONNOR
1627 Eye Street, NW
Suite 1100
Washington, D.C. 20006-4007
Telephone: 202.912.4800
Facsimile: 866.413.0172
Email: bboss@cozen.com
Admitted *Pro Hac Vice*

Attorney for Michael K. Winner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL K. WINNER,<br><br>    Defendant. | Case No.: 3:08-cr-00209-SI-1<br><br>STIPULATION |

As discussed in open court at the time of the plea on April 18, 2008, the parties hereby stipulate that the Order setting the defendant's conditions of release, entered on April 18, 2008 by United States Magistrate Judge Nandor Vadas, be modified as follows:

1. The defendant's blanket permission to travel will be conditioned upon his posting of a $100,000 cash bond rather than, as previously ordered, upon the posting of his house as a surety bond. The defendant is not permitted to travel outside the Northern District of California until such time as the cash bond is posted.

2. All other conditions of release will remain the same.

1
2                                              Respectfully submitted,
3
4                                              By: ___/s/  L. Barrett Boss_____
                                                   L. Barrett Boss
5                                                  Attorney for Defendant
                                                   Admitted *Pro Hac Vice*
6
7                                              By: ___/s/  Peter Loewenberg_____
                                                   Peter Loewenberg
8                                                  Attorney for United States

9   So Ordered:

10
    _____
11  Susan Illston, United States District Judge

12  Dated:_____

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION**