UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number _CR08-209_____ SI

Defendant's Name _Michael Winner_____

Defense Counsel _B. Boss_____

Due Date _8/15/08 @ 11:00_____

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

[X] Presentence Investigation

[ ] Bail Investigation

[ ] Bail Supervision

[ ] Postsentence Investigation

[ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE</u> today to make the necessary arrangements.

For use of Courtroom Deputies
Is defendant in custody? Yes
Is defendant English speaking? No
What is defendant's address?

Richard W. Wieking
Clerk

by: _T. Sutton_
T. Sutton, Deputy Clerk

cc: U.S. Probation Office