UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

vs.

Michael K. Winner,

    Defendant.

Case No. 08-0209 SI

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

L. Barrett Boss, an active member in good standing of the bars of Maryland and the District of Columbia, whose business address and telephone number is Cozen O'Connor, 1627 I Street, N.W., Suite 1100, Washington, D.C. 20006, (202) 912-4800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Michael K. Winner.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 4/18/08

By: _____
United States District Judge

(Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice*