UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/18/08

Case No.   CR-08-0209 SI                Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- MICHAEL WINNER (NC)(P)

Attorneys:   P. Loenberg           B. Boss

Deputy Clerk:  Tracy Sutton   Court Reporter: D. Pas

**PROCEEDINGS**

1)  Change of Plea - HELD
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                              PART

Case continued to **8/15/08   @ 11:00 a.m.**   for Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends:**
(                    )

ORDERED AFTER HEARING:

The parties filed a written plea agreement in open court.
The defendant plead guilty to the One Count Information.
If the defendant wishes to travel for work purposes, he may submit a proposed order to change the conditions of his pretrial release to reflect instead of posting property, he can post $100,000 cash.  The parties must inquire with the magistrate as to whether a new bond needs to issue.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )