| | |
|---|---|
| 1 | L. Barrett Boss |
| | COZEN O'CONNOR |
| 2 | 1627 Eye Street, NW |
| | Suite 1100 |
| 3 | Washington, D.C. 20006-4007 |
| | Telephone: 202.912.4800 |
| 4 | Facsimile: 866.413.0172 |
| | Email: bboss@cozen.com |
| 5 | Admitted *Pro Hac Vice* |

Attorney for Michael K. Winner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:08-cr-00209-SI-1 |
| Plaintiff, | ) | |
| | ) | STIPULATION |
| vs. | ) | |
| | ) | |
| MICHAEL K. WINNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

As discussed in open court at the time of the plea on April 18, 2008, the parties hereby stipulate that the Order setting the defendant's conditions of release, entered on April 18, 2008 by United States Magistrate Judge Nandor Vadas, be modified as follows:

1. The defendant's blanket permission to travel will be conditioned upon his posting of a $100,000 cash bond rather than, as previously ordered, upon the posting of his house as a surety bond. The defendant is not permitted to travel outside the Northern District of California until such time as the cash bond is posted.

2. All other conditions of release will remain the same.

1

**STIPULATION**

Respectfully submitted,

By: ___/s/  L. Barrett Boss_____
      L. Barrett Boss
      Attorney for Defendant
      Admitted *Pro Hac Vice*

By: ___/s/  Peter Loewenberg_____
      Peter Loewenberg
      Attorney for United States

So Ordered:

_____
Susan Illston, United States District Judge

Dated: April 22, 2008

2

**STIPULATION**