1  L. Barrett Boss
   COZEN O'CONNOR
2  1627 Eye Street, NW
   Suite 1100
3  Washington, D.C. 20006-4007
   Telephone: 202.912.4800
4  Facsimile: 866.413.0172
   Email: bboss@cozen.com
5  Admitted *Pro Hac Vice*

6  Attorney for Michael K. Winner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 3:08-cr-00209-SI-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION |
| MICHAEL K. WINNER, | ) |
| Defendant. | ) |

The parties hereby stipulate that Sentencing for the defendant, scheduled for August 15, 2008, be moved to September 5, 2008, at 11:00 a.m.

1. The defendant certifies that he has conferred with opposing counsel and the Probation Officer, and that those parties are available on September 5, 2008.

2. The defendant also certifies that he has conferred with the Courtroom Deputy Clerk for Judge Susan Illston and September 5, 2008 is available on her Honor's calendar.

1

**STIPULATION**

Respectfully submitted,

By: ___/s/  L. Barrett Boss_____
    L. Barrett Boss
    Attorney for Defendant
    Admitted *Pro Hac Vice*

By: ___/s/  Peter Loewenberg_____
    Peter Loewenberg
    Attorney for United States

So Ordered:

_____
Susan Illston, United States District Judge

Dated:_____

2

**STIPULATION**