1 | L. Barrett Boss
COZEN O'CONNOR
2 | 1627 Eye Street, NW
Suite 1100
3 | Washington, D.C. 20006-4007
Telephone: 202.912.4800
4 | Facsimile: 866.413.0172
Email: bboss@cozen.com
5 | Admitted *Pro Hac Vice*

6 | Attorney for Michael K. Winner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 3:08-cr-00209-SI-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION |
| MICHAEL K. WINNER, | ) |
| Defendant. | ) |

    The parties hereby stipulate that Sentencing for the defendant, scheduled for August 15, 2008, be moved to September 5, 2008, at 11:00 a.m.

    1.    The defendant certifies that he has conferred with opposing counsel and the Probation Officer, and that those parties are available on September 5, 2008.

    2.    The defendant also certifies that he has conferred with the Courtroom Deputy Clerk for Judge Susan Illston and September 5, 2008 is available on her Honor's calendar.

1

**STIPULATION**

1
2
3                                    Respectfully submitted,
4                                    By:  ___/s/  L. Barrett Boss_____
                                          L. Barrett Boss
5                                         Attorney for Defendant
                                          Admitted *Pro Hac Vice*
6
7                                    By:  ___/s/  Peter Loewenberg_____
                                          Peter Loewenberg
8                                         Attorney for United States

9   So Ordered:

10  *[signature: Susan Illston]*
    _____
11  Susan Illston, United States District Judge

12  Dated:_____
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION**