L. Barrett Boss
COZEN O'CONNOR
1627 Eye Street, NW
Suite 1100
Washington, D.C. 20006-4007
Telephone: 202.912.4800
Facsimile: 866.413.0172
Email: bboss@cozen.com
Admitted *Pro Hac Vice*

Attorneys for Michael K. Winner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL K. WINNER,<br><br>    Defendant. | Case No.: 3:08-cr-00209-SI-1<br><br>STIPULATION |

The parties hereby stipulate that Sentencing for the defendant, scheduled for September 22, 2008, be moved to November 14, 2008, at 11:00 a.m.

1. The defendant certifies that he has conferred with opposing counsel and the Probation Officer, and that those parties are available on November 14, 2008.

2. The defendant also certifies that he has conferred with the Courtroom Deputy Clerk for Judge Susan Illston and November 14, 2008 is available on her Honor's calendar.

1

**STIPULATION**

1
2                                          Respectfully submitted,
3
4                                          By: ___/s/  L. Barrett Boss_____
                                               L. Barrett Boss
5                                              Attorney for Defendant
                                               Admitted *Pro Hac Vice*
6
7                                          By: ___/s/  Peter Loewenberg_____
                                               Peter Loewenberg
8                                              Attorney for United States

9  So Ordered:

10  _____
    [signature: Susan Illston]
11  Susan Illston, United States District Judge

12  Dated:_____

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION**