L. Barrett Boss
COZEN O'CONNOR
1627 Eye Street, NW
Suite 1100
Washington, D.C. 20006-4007
Telephone: 202.912.4800
Facsimile: 866.413.0172
Email: bboss@cozen.com
Admitted *Pro Hac Vice*

Steven L. Rodriguez (CA Bar # 199313)
COZEN O'CONNOR
425 California Street
Suite 2400
San Francisco CA 94104-2203
(415) 617-6103

Attorneys for Michael K. Winner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL K. WINNER,<br><br>       Defendant. | Case No.: 3:08-cr-00209-SI-1<br><br>STIPULATION |

The parties hereby stipulate that certain portions of the Defendant's Sentencing Memorandum be filed under seal.

1. The defendant certifies that he has conferred with opposing counsel, who agrees that the defendant may file certain portions of his Sentencing Memorandum under seal.

2. The parties have reviewed the document and agreed upon the specific sections that should be redacted.

1

**STIPULATION**

Respectfully submitted,

By: \_\_\_\_/s/ L. Barrett Boss_____
      L. Barrett Boss
      Attorney for Defendant
      Admitted *Pro Hac Vice*

By: \_\_\_\_/s/ Peter Loewenberg_____
      Peter Loewenberg
      Attorney for United States

So Ordered:

_____
Susan Illston, United States District Judge

Dated:_____

2

**STIPULATION**